CORNELIUS C. WHITTINGTON, plaintiff in error, *vs.* JOHN G. COLBERT, administrator, defendant in error.

Though a defendant has had set apart to him a homestead under the Act of 1868, which has failed as against debts contracted prior to July, 21st, 1868, on account of the unconstitutionality of said Act, he may, nevertheless, claim the homestead allowed under the Code.

Homestead.     Before Judge HILL.     Crawford Superior Court.   September Term, 1873.

This case is reported in the decision.

THOMAS F. GREEN, by B. H. HILL & SON, for plaintiff in error.

POE & HALL, for defendant.

WARNER, Chief Justice.

This case came before the Court below on an affidavit of illegality, and the only question made was, whether the defendant in execution, who had obtained a homestead exemp-

tion under the Act of 1868, as against debts created prior to the adoption of the Constitution of 1868, could claim an exemption of property from levy and sale as provided by the 2040th section of the Code. The Court below held that he could not, and the defendant excepted. This case comes within the ruling of this Court, in *Lawrence vs. Evans*, decided at the last term, and must be controlled by it.

Let the judgment of the Court below be reversed.